Eric J. Gravel
Attorney Bar No. 256672
LAW OFFICES OF GRAVEL & ASSOCIATES
1900 S. Norfolk St, Suite 115
San Mateo, CA 94403

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Bk. No. 10-51667 |
| WOOK SONG | ) | CHAPTER 7 |
| JONG SUN SONG | ) | |
| Debtors | ) | |
| | ) | |
| GREENLEAF MUTUAL BENEFITS ASSOCIATION | ) | Adversary No.: 10-5163 |
| Plaintiff, | ) | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTORS** |
| vs. | ) | |
| WOOK SONG | ) | |
| JONG SUN SONG | ) | |
| Defendants, | ) | |

**TO THE HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE:**

ERIC J. GRAVEL hereby requests permission to withdraw as attorney for debtors on the following grounds:

1. Attorney Eric J. Gravel ("Attorney") is the attorney of record for debtors Wook Song and Jong Sun Song ("Debtors") in this case.

2. On May 28, 2010, Greenleaf Mutual Benefits Association filed an adversarial proceeding in this case entitled "Complaint Objecting to Discharge of Debtors and to Determine Dischargeability of a Debt; and Demand for Jury Trial", Adversary No. 10-5163.

3. The Retainer Agreement between Attorney and Debtors describes the legal services to be provided and the legal services not provided. Representation of Debtors in any adversarial proceeding is a legal service not provided.

4. Debtors believe that it is in their best interest to find alternative representation in the afore-mentioned adversarial proceeding and Bankruptcy case.

5. Due to the foregoing, Attorney advised Debtors of his intention to withdraw as their attorney of record. Debtors agreed with and supported the decision.

WHEREFORE, Attorney prays this Court for an order authorizing him to withdraw as attorney of record for Debtors Wook Song and Jong Sun Song in the above-captioned bankruptcy case.

DATED: July 15, 2010

/s/ Eric J. Gravel  
ERIC J. GRAVEL  
Attorney for Debtors  
WOOK SONG  
JONG SUN SONG