Eric J. Gravel
Attorney Bar No. 256672
LAW OFFICES OF GRAVEL & ASSOCIATES
1900 S. Norfolk St, Suite 115
San Mateo, CA 94403

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In the Matter of: | Bk. No. 10-51667 RLE |
| WOOK SONG | CHAPTER 7 |
| JONG SUN SONG | |
| Debtors | |
| GREENLEAF MUTUAL BENEFITS ASSOCIATION | Adversary No.: 10-5163 |
| Plaintiff, | **DECLARATION OF ATTORNEY ERIC J. GRAVEL IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| vs. | |
| WOOK SONG | |
| JONG SUN SONG | |
| Defendants, | |

I, Eric J. Gravel, hereby declare under penalty of perjury under the laws of the United States of America and the State of California, that the following is true and correct:

1. I am the attorney of record in this case for debtors Wook Song and Jong Sun Song ("Debtors").

2. On May 28, 2010, Greenleaf Mutual Benefits Association filed a complaint objecting to discharge of debtors and to determine dischargeability of a debt, demanding a trial by jury.

3. A telephonic Status Conference regarding the complaint will be held on August 26, 2010 at 2:00 p.m. A Discovery Conference will take place at least 21 days prior to the Status Conference.

4. I have met with Debtors since the filing of the complaint. Debtors understand that the defense to the complaint will require discovery into the Korean tradition of money savings clubs mentioned in the complaint and familiar to Debtors. Debtors also understand that representation in the adversarial proceeding is beyond the scope of our original retainer agreement.

5. Debtors do not believe that I have sufficient understanding of the Korean money savings clubs to adequately represent their interest and that the cost of familiarizing myself with the tradition would be too high in both time and money.

6. Due to the foregoing, Debtors believe that it is in their best interest to find alternative representation in this Bankruptcy case.

7. Attorney advised Debtors of his intention to withdraw as their attorney in this Bankruptcy case. Debtors agreed with and supported the decision.

DATED: July 15, 2010

                                                /s/ Eric J. Gravel
                                                ERIC J. GRAVEL
                                                Attorney for Debtors
                                                WOOK SONG
                                                JONG SUN SONG