Eric J. Gravel
Attorney Bar No. 256672
LAW OFFICES OF GRAVEL & ASSOCIATES
1900 S. Norfolk St, Suite 115
San Mateo, CA 94403

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In the Matter of: | Bk. No. 10-51667 RLE |
| WOOK SONG | CHAPTER 7 |
| JONG SUN SONG | |
| Debtors | |
| | |
| GREENLEAF MUTUAL BENEFITS ASSOCIATION | Adversary No.: 10-5163 |
| Plaintiff, | **DECLARATION OF DEBTORS IN SUPPORT OF ATTORNEY ERIC J. GRAVEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| vs. | |
| WOOK SONG | |
| JONG SUN SONG | |
| Defendants, | |

We, Wook Song and Jong Sun Song, hereby declare under penalty of perjury under the laws of the United States of America and the State of California, that the following is true and correct:

1. We are the debtors in the afore-mentioned case, filed on February 22, 2010.

1  2. We understand that further representation in this case is beyond the scope of the retainer
2  agreement with our attorney.
3  3. We support our attorney's decision to withdraw as attorney of record and wish to find
4  alternative representation for the remainder of this case.

DATED: July 15, 2010

/s/ Wook Song
WOOK SONG


/s/ Jong Sun Song
JONG SUN SONG